UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN MARTINO, et al., | Case No. 5:14-cv-04358-PSG |
| Plaintiffs, | **CASE SCHEDULING ORDER** |
| v. | **(Re: Docket No. 22)** |
| ECOLAB, INC., | |
| Defendant. | |

Based on the parties' joint case management statement and the case management conference on November 18, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that discovery will be bifurcated in this case; class certification discovery will be followed by merits and PAGA discovery.

---

[1] *See* Docket No. 18.

Case No. 5:14-cv-04358-PSG
CASE SCHEDULING ORDER

1

IT IS FURTHER ORDERED that the parties participate in private mediation within 21 days of a ruling on class certification.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Class Certification Discovery Cut-Off | June 30, 2015 |
| Class Certification Opening Brief | July 15, 2015 |
| Class Certification Opposition Brief | August 14, 2015 |
| Class Certification Reply Brief | August 28, 2015 |
| Class Certification Hearing | September 15, 2015 |
| Initial Expert Disclosures | February 26, 2016 |
| Rebuttal Expert Disclosures | March 31, 2016 |
| Expert Discovery Cut-Off | April 30, 2016 |
| Dispositive Motions Hearing | June 14, 2016 |
| Pre-Trial Conference | June 28, 2016 |
| Jury Trial | July 11, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: November 19, 2014

PAUL S. GREWAL
United States Magistrate Judge