UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MARTINO, an individual; for himself and those similarly situated; ADONIS AMOROSO, for himself and those similarly situated; and ROES 1 through 30,000 and the proposed class,<br><br>Plaintiff,<br><br>vs.<br><br>ECOLAB INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO:   5:14-cv-04358-VC<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

## ORDER

Pending before the Court is Plaintiffs' Motion for Final Approval of Class Action Settlement. Defendant Ecolab Inc. does not oppose the motion and therefore has not filed any brief in response. The Court held a tentative fairness hearing on August 18, 2016. On August 18, 2016, the Court issued its Order granting preliminary approval of the class action settlement.

1

After careful consideration of the pending motion and a thorough review of the materials submitted in support, the Court now rules as follows:

1. The Court finds that the Settlement is the product of serious, informed, non-collusive negotiations conducted at arm's-length by the Parties. In making these findings, the Court considered, among other factors, the potential damages claimed in the lawsuit on behalf of Plaintiffs and members of the Certified Class (which totals 262 participating individuals), Defendant's potential liability, the risks of continued litigation including trial outcome, delay and potential appeals, the substantial benefits available to the Certified Class as a result of the Settlement, the Parties' participation in mediation with an experienced class action mediator, and the fact that the proposed Settlement represents a compromise of the Parties' respective positions rather than the result of a finding of liability at trial. The Court further finds that the terms of the Settlement have no obvious deficiencies and do not improperly grant preferential treatment to any individual member of the Certified Class.

2. The Court finds that the Class Notice that was approved by the Court in its Order of August 18, 2016 was timely sent to Class Members by the Court-approved Claims Administrator CPT Group, Inc., which notice fully and accurately informed the Certified Class of all material elements of the lawsuit and proposed class action Settlement and each Certified Class Member's right and opportunity to object to the proposed class action Settlement and be heard at the final approval (fairness) hearing.

3. No Certified Class Member filed a written statement with the Court objecting to the Settlement or any of its terms by the objection deadline of October 24, 2016.

4. On December 16, 2016, the Court issued an order directing Class Counsel to file a supplemental briefing regarding attorneys' fees and to mail a Supplemental Notice to all Class Members to inform them that the date to file an objection to Class Counsel's fee request for this matter was extended to January 15, 2017 and the final approval hearing would be conducted on January 26, 2017 at 10:00 a.m.

5. On December 22, 2016, the Class Administrator CPT Group, Inc. sent

Supplemental Notices to the Class Members' name and last address pursuant to the Court's December 16, 2016 Order. The Notice notified Class Members of the new final approval hearing date of January 26, 2017.

6. As of January 23, 2017, CPT Group, Inc. had not received any written objections to the Settlement. Accordingly, any objection is deemed to have been waived and all Certified Class Members are foreclosed from making any objections to the Settlement, whether by appeal or otherwise.

7. The Court GRANTS Plaintiffs' Motion for Final Approval of Class Action Settlement.

8. The Court retains jurisdiction over the case and the parties to the extent necessary to implement the terms of the Settlement Agreement until each act agreed to be performed by the Parties under the Settlement has been fully performed.

IT IS SO ORDERED.

Dated: January 26, 2017

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE